UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY K. MOSLEY,

        Plaintiff,                      Case No. 1:17-CV-9

v.                                          Hon. Gordon J. Quist

CATHY DUEGAN,

        Defendant.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 6, 2017. The Report and Recommendation was duly served on Plaintiff on January 6, 2017, and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 6, 2017 (ECF No. 6) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim.

This case is closed.

A separate judgment will enter.

Dated: February 7, 2017                                          /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE